UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Duane L. O'Malley,<br><br>       Plaintiff,<br><br>v.<br><br>B. Birkholz, Warden,<br><br>       Defendant. | File No. 20-cv-660 (ECT/TNL)<br><br><br>**ORDER ACCEPTING REPORT<br>AND RECOMMENDATION** |

---

United States Magistrate Judge Tony N. Leung issued a Report and Recommendation on May 13, 2020. ECF No. 16. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.   The Report and Recommendation [ECF No. 16] is **ACCEPTED**;

2.   Plaintiff's Motion for a Temporary Restraining Order [ECF No. 1] is **DENIED**.


Date:  June 9, 2020                                   s/ Eric C. Tostrud
                                                                  Eric C. Tostrud
                                                                  United States District Court