UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Duane L. O'Malley, | File No. 20-cv-660 (ECT/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Birkholz, Warden, | |
| Defendant. | |

---

United States Magistrate Judge Tony N. Leung issued a Report and Recommendation on June 15, 2020. ECF No. 20. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute; and

3. The motions to intervene [ECF Nos. 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14] are **DENIED AS MOOT**.


Dated: July 6, 2020                s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court